UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELIZABETH ANN SCHEUERMAN,
    Plaintiff,

v.

Case No. 11-10196
Honorable Patrick J. Duggan

STERLING HEIGHTS POLICE OFFICER
ZAWOJSKY, BADGE NO. 0151 and
STERLING HEIGHTS POLICE OFFICER
MERCER, BADGE NO. 0182,
    Defendants.
_____/

## JUDGMENT

On January 14, 2011, Plaintiff Elizabeth Ann Scheuerman, ("Plaintiff") filed this lawsuit against Defendants, Sterling Heights Police Officers Kenneth Mercer and Michael Zawojsky, (collectively "Defendants"). Plaintiff's lawsuit arises from Defendants' arrest of Plaintiff on May 8, 2010. In her Complaint, Plaintiff alleges two counts: (I) excessive force pursuant to 42 U.S.C § 1983; and (II) assault and battery. On July 1, 2011, Defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: September 27, 2011        s/PATRICK J. DUGGAN
                                                 UNITED STATES DISTRICT JUDGE

Copies to:
Daniel G. Romano, Esq.
Stanley I. Okoli, Esq.
Jeffrey A. Bahorski, Esq.
Mark D. Kaszubski, Esq.